UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| X-FACTOR MEDIA, INC., a Tennessee corporation, | ) ) ) | |
| Plaintiff, | ) ) | NO. 1:05-CV-324 |
| v. | ) ) ) | Judge Collier/Carter |
| RANDY GRACY, TAMMY GRACY HEATHER HOLDERFIELD and R & R MEDIA PUBLISHING, INC., a Virginia corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that they have resolved their disputes in this action in accordance with a separate written settlement agreement and that they desire that this action be dismissed with prejudice in accordance therewith. Accordingly, subject to the parties' separate written settlement agreement, which is incorporated herein by reference, it is hereby

**ORDERED**, that all of the parties' claims and counterclaims against the other, whether asserted or not, are dismissed with prejudice. It is further

**ORDERED**, that each party shall bear its own costs and attorney's fees in connection with this action.

**ENTER.**

/s/ Curtis L. Collier
───────────────────────────
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

GRANT, KONVALINKA & HARRISON, P.C.

**s/Mathew D. Brownfield**
Mathew D. Brownfield, Tenn. Bar No. 10921
633 Chestnut St., Ste. 900
Chattanooga, TN 37450-0900
Telephone: (423) 756-8400
Facsimile: (423) 756-6518
*Attorneys for the Plaintiff*


PRESLEY & SIMONDS

**s/Timothy R. Simonds**
Timothy R. Simonds, Tenn. Bar No. 013952
Bentley Place
1217 LaFayette Road
Rossville, GA 30741
Telephone: (706) 866-4545
Facsimile: (706) 866-5250
*Attorneys for Defendants,*
*Heather Holderfield, Randy Gracy,*
*and Tammy Gracy*


R & R MEDIA PUBLISHING, INC.

By: *Rat C. All*
Title: President
Date: 2-15-06


P:\Folders I-Z\T379\002\Agreed Order of Dismissal.doc